UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Astellas Pharma US, Inc.
                                        Plaintiff,

v.                                                           Case No.: 1:23−cv−04578
                                                                               Honorable Elaine E. Bucklo

Department of Health and Human Services, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 31, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Joint Motion to Set Briefing Schedule on Cross Motions for Summary Judgment and for Other Miscellaneous Relief [13] is granted. Astellas's (40 page) motion for summary judgment due 9/20/2023. Defendants' (50 page) opposition and cross−motion due 11/20/2023. Astellas's (40 page) reply motion and opposition to cross−motion due 12/22/2023. Defendants' (30 page) reply in support of cross−motion due 1/30/2024. Ruling before Honorable Elaine E. Bucklo on 3/15/2024 at 9:30 a.m. The Scheduling Conference and its Rule 26(f) report are stricken. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.