IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTELLAS PHARMA US, INC., *Plaintiff*, v. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants*. | Civil Action No. 1:23-cv-4578 Hon. Elaine E. Bucklo **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Astellas Pharma US, Inc., by and through its undersigned counsel, hereby gives notice that this action is voluntarily dismissed without prejudice.

Chicago, Illinois
September 6, 2023

/s/ Paul Olszowka

Paul Olszowka
BARNES & THORNBURG LLP
One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Tel.: (312) 214-5612
Fax: (312) 759-5646

Mark W. Mosier (*pro hac vice*)
Bradley K. Ervin (pro *hac vice*)
Daniel G. Randolph (pro *hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that I caused a copy of the foregoing **Notice of Voluntary Dismissal** to be filed electronically and served upon the following counsel of record by CM/ECF on this 6th day of September, 2023:

Stephen Michael Pezzi
Christine Lee Coogle
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
stephen.pezzi@usdoj.gov
christine.l.coogle@usdoj.gov

AUSA - Chicago
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
USAILN.ECFAUSA@usdoj.gov

Mark W. Mosier (pro hac vice)
Bradley K. Ervin (pro hac vice)
Daniel G. Randolph (pro hac vice)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956

mmosier@cov.com
bervin@cov.com
drandolph@cov.com

/s/ Paul Olszowka